IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–00824–EWN–CBS

EVERPLAY INSTALLATION, INC.,
a Canadian Company, and
ROLF HUBER, an individual,

    Plaintiffs,

v.

ROGER JOSEPH GUINDON,
a/k/a Roger Gilles,
a/k/a Roger Gilles Guindon,
a/k/a Joseph Guindon,
a/k/a J.R., an individual,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Answer (*doc. # 15*) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the Amended Answer of Defendant (*doc # 15-2*) tendered to the court on August 13, 2008.

**DATED:**    August 14, 2008