IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–00824–EWN–CBS

EVERPLAY INSTALLATION, INC.,
a Canadian Company, and
ROLF HUBER, an individual,

    Plaintiffs,

v.

ROGER JOSEPH GUINDON,
a/k/a Roger Gilles,
a/k/a Roger Gilles Guindon,
a/k/a Joseph Guindon,
a/k/a J.R., an individual,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Appear Telephonically (*doc. # 25)* is **DENIED,** without prejudice, for failure to provide a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**. The Court is unable to determine to what extent Plaintiffs' counsel attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

**DATED:**    October 27, 2008