## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-00824-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 24, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| EVERPLAY INSTALLATION INC., a Canadian company, *et al.*, | Bryan E. Kuhn, via telephone |
| **Plaintiffs,** | |
| v. | |
| ROGER JOSEPH GUINDON, | Susan Sperber, via telephone |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 8:30 a.m.
Court calls case. Appearances of counsel.

Counsel present arguments and discuss with the court Plaintiff's Amended Motion for Leave to Appear Telephonically [October 31, 2008; doc. 28].

**ORDERED:** Plaintiff's Amended Motion for Leave to Appear Telephonically [filed October 31, 2008; doc. 28] is denied for the reasons stated on the record. The settlement conference shall go forward on December 11, 2008 at 1:30 p.m., and all parties/party representatives shall be present with counsel for the conference.

HEARING CONCLUDED.

**Court in recess:** 8:48 a.m.
Total time in court: 00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.