IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00824-PAB-CBS

EVERPLAY INSTALLATION INC. and
ROLF HUBER,

    Plaintiffs,

v.

ROGER JOSEPH GUINDON,

    Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

    This matter has been scheduled for a three-day trial to the Court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **May 23, 2011 at 8:00 a.m.**

    A Trial Preparation Conference is set for **April 29, 2011 at 1:30 p.m.** Lead

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    sequestration of witnesses;

    2)    timing of presentation of witnesses and evidence;

    3)    anticipated evidentiary issues;

    4)    any stipulations as to fact; and

    5)    any other issue affecting the duration or course of the trial.

DATED September 23, 2010.

BY THE COURT:

S/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge