IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States District Judge Philip A. Brimmer

Civil Action No.: 08-cv-00824-PAB-CBS

EVERPLAY INSTALLATION, INC. and
ROLF HUBER,

    Plaintiffs,

v.

ROGER JOSEPH GUINDON,

    Defendant.

---

STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS

---

    Following the completion of trial, the parties stipulate:

    1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

    2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

    DATED at Denver, Colorado, this __25th__ day of __May__, 2011.

_____        _____
Attorney for the Plaintiffs                    Attorney for the Defendant

    IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

BY THE COURT:

_____
Philip A. Brimmer, United States District Judge